UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1535(L), 25-1537(CON)    **U.S. v. Cherwitz (Daedone)**

**Motion for:** Permission to: (1) file a sealed appendix; and (2) file this motion out of time.

Set forth below precise, complete statement of relief sought:

The government requests permission, nunc pro tunc, to file a sealed appendix and to make this motion out of time.

**MOVING PARTY:** APPELLEE    **OPPOSING PARTY:** Rachel Cherwitz, Nicole Daedone

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** Dylan A. Stern, AUSA    **OPPOSING ATTORNEY:** For Defendant-Appellant Cherwitz

[name of attorney, with firm, address, phone number and e-mail]

U.S. Attorney's Office (EDNY)    Michael P. Robotti Celia A. Cohen Kelly Lin Ballard Spahr LLP 1675 Broadway, 19th Floor New York, NY 10019 646-346-8020 (Robotti)

271-A Cadman Plaza East, Brooklyn, N.Y. 11201    For Defendant-Appellant Daedone

718-254-6213; Dylan.Stern@usdoj.gov    Jennifer Bonjean Bonjean Law Group 303 Van Brunt St., 1st Floor Brooklyn, NY 11231 718-875-1850

**Court- Judge/ Agency appealed from:** The Honorable Diane Gujarati, U.S.D.J., E.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Dylan A. Stern    **Date:** 7/1/2025    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------------------x

USA v. CHERWITZ and DAEDONE

DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO FILE SEALED APPENDIX AND TO FILE THIS MOTION OUT OF TIME

Nos. 25-1535, 25-1537

------------------------------------------------------------x

DYLAN A. STERN hereby declares the following under 28 U.S.C. § 1746:

1. I am an Assistant U.S. Attorney in the United States Attorney's Office for the Eastern District of New York. The government is the Appellee in the above-captioned criminal appeal. I make this declaration in support of the government's motion for permission to file a sealed appendix and to make this motion out of time.

2. On June 18, 2025, Defendants-Appellants Rachel Cherwitz and Nicole Daedone filed a motion challenging the order of The

2

Honorable Diane Gujarati (E.D.N.Y.) remanding them to custody pending sentencing. Dkt. 8.[1]

3. On appeal, Cherwitz and Daedone argue that neither of them poses a flight risk or a danger to the community under 18 U.S.C. § 3143 and that the district court improperly relied on press statements in deciding to remand them..

4. On June 30, 2025, the government filed its opposition to the motion. Dkt. 18. In its opposition, the government cited documents that contain nonpublic and confidential information, including the identities of unindicted co-conspirators, personal identifying information for victims and witnesses, and material filed under seal in the district court. *See* DE:318.

5. In support of its position and to aid the Court in deciding the motion, the government seeks to provide the Court with the above-referenced documents that contain nonpublic and confidential information.

---

[1] "Dkt." refers to docket entries in the lead docket on appeal, No. 25-1535. "DE" refers to docket entries in the district court, *United States v. Cherwitz, et. al*, No. 23-CR-146 (DG) (E.D.N.Y.).

3

6. Accordingly, the government respectfully requests that this Court grant it permission, nunc pro tunc, to file a sealed appendix in this case and to file this motion out of time.

7. I have spoken with counsel for Cherwitz and Daedone, and they both have no objection to this motion.

WHEREFORE, it is respectfully requested that the Court grant the government's motion for permission to file a sealed appendix in this case and to make this motion out of time.

I declare under penalty of perjury that the foregoing is true and correct.

             /s/
             Dylan A. Stern
             Assistant U.S. Attorney

Dated:  July 1, 2025
      Brooklyn, New York