# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand twenty-five.

United States of America,

      Appellee,

v.

Rachel Cherwitz, Nicole Daedone,

      Defendants - Appellants.

**ORDER**

Docket Nos. 25-1535(L), 25-1537(Con)

    The Government moves for leave to file a sealed appendix.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the Appellants' motion for bail.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court